IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 12-cv-03177-RBJ

CRUZ ANGELICA BURCIAGA SOTELO,

    Plaintiff,

v.

JOHN KERRY, Secretary of the U.S. Department of State,

    Defendant.

## ORDER OF DISMISSAL

This Matter having come before the Court on Plaintiff's Motion to Dismiss [ECF No. 25], having reviewed and considered said motion, finds the motion is well taken and should be granted.

It is ordered that this action is dismissed. Each party to bear its own attorney fees and costs.

DATED this 8th day of April, 2015.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge